HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR13-00153-RAJ |
| Plaintiff, | ) | |
| vs. | ) | ORDER GRANTING MOTION TO EXTEND THE INDICTMENT DEADLINE |
| JESUS ZARATE-RAMOS, | ) | |
| Defendant. | ) | |

The Court has considered the parties' stipulated motion to extend the indictment deadline. It appears that it would be unreasonable to require the filing of an indictment within the period required by statute because of the need for further case evaluation prior to indictment. Without an extension, the government and defense counsel would be denied the reasonable time necessary for effective preparation. The parties have consented to entering an order extending the indictment deadline from on or about June 13, 2013, until July 13, 2013.

The Court finds that the ends of justice that are served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, it is ORDERED that the parties' stipulated motion (Dkt. #15) is GRANTED and the date on or before which an indictment must be filed is extended from on or about June 13, 2013, until July 13, 2013.

ORDER GRANTING MOTION
TO EXTEND THE INDICTMENT DEADLINE - 1
(*Jesus Zarate-Ramos*, No. CR13-00153-RAJ)

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington  98101**
**(206) 553-1100**

1   It is FURTHER ORDERED that the period of delay from on or about June 13, 2013,
2   until July 13, 2013, is excludable time pursuant to Title 18, U.S.C. § 3161(h)(7)(A) for the
3   purpose of computing the time limitations imposed by the Speedy Trial Act.

4   DATED this 10th day of June, 2013.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION
TO EXTEND THE INDICTMENT DEADLINE - 2
(*Jesus Zarate-Ramos*, No. CR13-00153-RAJ)

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington  98101
(206) 553-1100